**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| JUAN PABLO LLANO, | ) | |
| | ) | Case No.: 6:26-cv-01427 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT FRONTIER AIRLINES, INC.'S DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING STATEMENT

Pursuant to this Court's Stand Order Requiring Disclosure of Third-Party Litigation Funding (Doc. 10), issued July 2, 2026, undersigned counsel states the following on behalf of Defendant Frontier Airlines, Inc.:

I have reviewed the Standing Order Requiring Disclosure of Third-Party Litigation Funding. After diligent inquiry, I certify that Frontier Airlines, Inc. has not received any third-party litigation funding at this time but I understand the continuing duty to supplement imposed by the Standing Order.

Dated: July 8, 2026

Respectfully submitted,

 /s/ Christopher Mills
Christopher Mills, Esq.
(Appearing Pro Hac Vice)
Illinois Bar No.: 6352455

1

Fitzpatrick, Hunt & Pagano, LLP
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
(312) 728-4904
Christopher.Mills@fitzhunt.com

-and-

John P. O'Flanagan, Esq.
Florida Bar No.: 0072885
Banker Lopez Gassler P.A.
4300 W. Cypress St., Suite 800
Tampa, FL 33607
T: (813) 221-1500 – F: (813) 222-3066
Email:service-
joflanagan@bankerlopez.com


***Attorneys for Defendant FRONTIER AIRLINES, INC.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing document has been electronically filed by using the CM/ECF system on this 8th day of July, 2026. I also certify that the foregoing document has been furnished via E-Mail to *Counsel for Plaintiff*, Carlos A. Velasquez, Esq., Velasquez Dolan Soler, P.A. 101 N. Pune Island Rd., Ste. 201, Plantation, FL 33324, cvelasquez@vdslawyers.com.

<u>/s/ Christopher Mills</u>
Christopher Mills, Esq.
(Appearing Pro Hac Vice)
Illinois Bar No.: 6352455
Fitzpatrick, Hunt & Pagano, LLP
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
(312) 728-4904
Christopher.Mills@fitzhunt.com

-and-

John P. O'Flanagan, Esq.
Florida Bar No.: 0072885
Banker Lopez Gassler P.A.
4300 W. Cypress St., Suite 800
Tampa, FL 33607
T: (813) 221-1500 – F: (813) 222-3066
Email:service-joflanagan@bankerlopez.com
Service-Cpate@bankerlopez.com

***Attorneys for Defendant FRONTIER AIRLINES, INC.***

3